# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

UNITED STATES OF AMERICA

V.

DAVID ANTHONY EDWARDS
aka Davus

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

Case Number: 3:09-CR-0100-B (02)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
SEP 11 2009
CLERK, U.S. DISTRICT COURT
By _____ Deputy

YOU ARE HEREBY COMMANDED to arrest  DAVID ANTHONY EDWARDS
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petiton  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her (brief description of offense)

CONSPIRACY TO INTENTIONALLY CAUSE DAMAGE TO A PROTECTED COMPUTER AND TO COMMIT COMUPTER FRAUD

in violation of Title  18   United States Code, Section(s)  371 (1030(a)(5)(A)(i), 1030(a)(5)(B)(i) and 1030(a)(6)(A)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*Karen Mitchell*
Signature of Issuing Officer

United State District Judge Jorge A Solis

April 8, 2009
Date

Dallas, TX
Location

By: s/ J Gardner

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

DALLAS TX

| DATE RECEIVED 4/8/09 | NAME AND TITLE OF ARRESTING OFFICER  Angel J. Garza DEO | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 9/4/09 | | |

1667713