IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | 3:09-CR-100-B (01) |
| | * | |
| DAVID ANTHONY EDWARDS | * | |

TO:  Mick Mickelsen
     Broden & Mickelsen
     2600 State St
     Dallas, TX 75204
     214/720-9552

### NOTICE OF REARRAIGNMENT

**TAKE NOTICE that the above entitled case has been set for rearraignment in said Court at 1100 Commerce Street, Courtroom 1306, in the Federal Building and U.S. Courthouse before Judge Jane J. Boyle on April 29, 2010 at 1:30 p.m.**

Pursuant to Miscellaneous Order No. 58, counsel must notify the presiding judge of any proposed change to an arraignment or rearraignment scheduled in the Dallas Division no later than two business days prior to the date scheduled. The presiding judge may waive this requirement in a particular case.

If the defendant is in custody, the United States Marshals Service will allow attorney-client conferences in the Marshal's office prior to the docket; however, the time for such conferences is limited by the Marshal's schedule.

DATE:      April 15, 2010

                                 s/ Peggy Munroe
                                _____
                                Deputy Clerk
                                Office of the Clerk
                                1100 Commerce St., Rm 1376
                                Dallas, TX 75242